# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Saracho,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Grupo Agave Del Scottsdale Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-23-00370-PHX-SMM<br><br>**ORDER** |

　　　　This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 11), filed by Plaintiff on May 9, 2023. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

　　　　Accordingly,

　　　　**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

　　　　Dated this 9th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge